IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE SCOTT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4447 |
| | : | |
| DUN & BRADSTREET, CORP., KATHY | : | |
| MCPHERSON, TODD DEPREFONTAINE, | : | |
| STEVEN CROWTHER and BRUCE MAXWELL | : | |

## ENTRY OF APPEARANCE

To: Michael E. Kunz
    Clerk of the United District Court
    Eastern District of Pennsylvania

Kindly enter the appearances of Edward T. Ellis, Esquire and Beth A. Friel, Esquire of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Defendant Dun & Bradstreet, Inc. in the above-captioned action.

Dated: September 5, 2002

_____
Edward T. Ellis (No. 23680)

_____
Beth A. Friel (No. 86548)

Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Attorneys for Defendant
Dun & Bradstreet, Inc.

834601v1

## CERTIFICATE OF SERVICE

I, Beth A. Friel, this 9th day of September, 2002, caused to be served upon the following counsel a true and correct copy of the foregoing Entry of Appearance by United States first-class mail, postage prepaid:

> George S. Kounoupis, Esquire
> Hahalis & Kounoupis, P.C.
> 20 East Broad Street
> Bethlehem, PA   18018
>
> **Attorney for Plaintiff**

_____
Beth A. Friel

834601v1