IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELAINE SCOTT,
       Plaintiff

v.

DUN & BRADSTREET, CORP., KATHY
MCPHERSON, TODD DEPREFONTAINE,
STEVEN CROWTHER and BRUCE
MAXWELL,
       Defendants.

CIVIL ACTION

No.: 2:02-cv-4447

JURY TRIAL DEMANDED

### Waiver of Service of Summons

TO:   George S. Kounoupis, Esquire
Hahalis & Kounoupis, P.C.
20 East Broad Street
Bethlehem, Pennsylvania 18018

    I acknowledge receipt of your request that I waive service of a summons in the above captioned action, which is case number 2:02-CV-4447 in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 16, 2002 or within 90 days after that date if the request was sent outside the United States.

Date: August 16, 2002

_/s/ Beth A. Friel_
Dun & Bradstreet, Corp.

Beth A. Friel, Esquire
Printed Name

as Attorney

for Defendant, Dun & Bradstreet, Corp.
Montgomery McCracken, Walker
and Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
215-772-1500