IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE SCOTT, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 2:02-cv-4447 |
| | : | |
| v. | : | |
| | : | |
| DUN & BRADSTREET, CORP., | : | |
| KATHY McPHERSON, | : | |
| TODD DEPREFONTAINE, | : | |
| STEVEN CROWTHER and | : | |
| BRUCE MAXWELL, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties to this action, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

_____
George S. Kounoupis, Esquire
David Deratzian, Esquire
Hahalis & Kounoupis, P.C.
20 East Broad Street
Bethlehem, PA 18018

Attorney for Plaintiff
Elaine Scott

_____
Edward T. Ellis (No. 23680)
Beth A. Friel (No. 86548)
Montgomery, McCracken,
   Walker & Rhoads, LLP
Avenue of the Arts
123 South Broad Street
Philadelphia, PA 19109

Attorneys for Defendants
Dun & Bradstreet, Kathy McPherson,
Todd DePrefontaine, Stephen Crowther,
and Bruce Maxwell

869144v1